1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDUARDO GAONA-HERNANDEZ,

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:06-cr-0386 LJO
                                       )
12            Plaintiff,               )
                                       )   STIPULATION TO CONTINUE STATUS
13      v.                             )   CONFERENCE HEARING; AND [PROPOSED]
                                       )   ORDER THEREON
14  EDUARDO GAONA-HERNANDEZ,           )
                                       )   Date:  June 1, 2007
15                                     )   Time:  9:00 A.M.
              Defendant.               )   Judge: Hon. Lawrence J. O'Neill
16                                     )

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for May 18, 2007, **may be continued to June 1, 2007 at 9:00 a.m.**

21      This continuance is requested by counsel for the defendant because he is scheduled to be out of his

22  office on the date now set for hearing and will not be available to appear in court.  The requested

23  continuance will also provide him additional time for defense preparation and further investigation prior to

24  hearing, and will conserve time and resources for both counsel and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3  3161(h)(8)(B)(i) and (iv).

4                                                  McGREGOR M. SCOTT
                                                   United States Attorney
5

6  DATED: May 16, 2007                   By   /s/ Kevin P. Rooney
                                               KEVIN P. ROONEY
7                                              Assistant United States Attorney
                                               Attorney for Plaintiff
8

9                                              DANIEL J. BRODERICK
                                               Federal Defender
10

11 DATED: May 16, 2007                   By   /s/ Marc Days
                                               MARC DAYS
12                                             Assistant Federal Defender
                                               Attorney for Defendant
13                                             EDUARDO GAONA-HERNANDEZ,

14

15

16                                  **ORDER**

17     **Based on the representations in the stipulation, the Court finds good cause to continue and

18  good cause to exclude time.  At the time of the hearing, Counsel are expected to accomplish

19  something of substance at the hearing on June 1, 2007.  T**ime is hereby excluded pursuant to 18 U.S.C.

20  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

21

22

23

24

25  IT IS SO ORDERED.

26  **Dated:    May 16, 2007**                 **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
27

28  Stipulation to Continue Status Conference
    Hearing; and [Proposed] Order Thereon            2